IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**DAIDRON WILLIAMS, et al.,**

  **Plaintiffs,**

**v.**

**CITY OF CARTERSVILLE, et al.,**

  **Defendants.**

**CIVIL ACTION FILE**

**No. 4:19-CV-0045-SCJ**

## ORDER

On March 21, 2021, this Court granted the Parties' Joint Motion to Appoint Mediator and referred this matter to a Magistrate Judge for mediation. Doc. No. [183].[1] On April 2, 2021, the matter was referred to Magistrate Judge Catherine M. Salinas. On April 12, Judge Salinas entered an order setting the case for a video conference mediation and ordering the Parties to attend. Doc. No. [184].

Judge Salinas held the settlement conference on May 24, 2021. The case did not settle, but the mediation remains open so that the parties can consider a

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

mediator's proposal. Judge Salinas entered a docket order noting that while all defendants participated in the mediation, the following three plaintiffs did not participate in the mediation because they have lost contact with their lawyers: Elizabeth Hargis, Aliana Hall, and Ashley Huskins.

Elizabeth Hargis, Aliana Hall, and Ashley Huskins thus violated this Court's order setting the case for mediation and Judge Salinas' order to appear at the settlement conference. The Court hereby **ORDERS** that their claims be **DISMISSED** without prejudice for want of prosecution. The Clerk is hereby **DIRECTED** to mail a copy of this order to the last known addresses of Elizabeth Hargis, Aliana Hall, and Ashley Huskins.

**IT IS SO ORDERED** this 2nd day of June, 2021.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**